IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CONNIE A. LENTZ,

                                       Case No.: 23-CV-62
                      Plaintiff,

v.

FARMERS AND MERCHANTS BANK & TRUST HEALTH AND WELFARE BENEFIT PLAN, and PROFESSIONAL BENEFIT ADMINISTRATORS, INC.,

                      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS

Pursuant to the Dismissal and Tolling Agreement reached by the parties, this case is dismissed without prejudice, without costs, and without further notice to any party herein subject to the terms and conditions of the Dismissal and Tolling Agreement.

Dated this 29th day of September, 2023.

                                                        BY THE COURT:

                                                        <u>s/William C. Griesbach</u>
                                                        William C. Griesbach